DATE: February 1, 2022

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Thomas Othel Thompson
    v. Commonwealth of Virginia
    Record No. 1262-20-2
    Opinion rendered by Chief Judge Decker on
    November 23, 2021

2.  Eric Torez Clark
    v. Commonwealth of Virginia
    Record No. 0017-21-1
    Opinion rendered by Judge Ortiz on
    November 23, 2021

3.  Rebecca Benedict-Miller
    v. Virginia Department of Social Services
    Record No. 0323-21-1
    Opinion rendered by Judge Lorish on
    November 23, 2021

4.  Commonwealth of Virginia
    v. Tyekh Chamon Davis
    Record No. 0368-21-2
    Opinion rendered by Judge Fulton on
    November 23, 2021

5.  John Stark
    v. Firouzeh Dinarany
    Record No. 0356-21-4
    Opinion rendered by Judge Beales on
    November 30, 2021

6.  Firouzeh Dinarany
    v. John Stark
    Record No. 0166-21-4
    Opinion rendered by Judge Beales on
    November 30, 2021

7. James Eberhardt
   v. Commonwealth of Virginia
   Record No. 0028-21-2
   Opinion rendered by Chief Judge Decker on
    December 14, 2021

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Rakim Malik Nottingham
    v. Commonwealth of Virginia
    Record No. 0340-20-1
    Opinion rendered by Judge O'Brien
       on May 25, 2021
    Refused (210551)

2. Brian Wesly Ruff
    v. Commonwealth of Virginia
    Record No. 0694-20-2
    Opinion rendered by Judge Athey
       on July 27, 2021
    Refused (210808)

3. Nicholas DeLuca, s/k/a, etc.
    v. Commonwealth of Virginia
    Record No. 1150-20-4
    Opinion rendered by Judge Russell
       on October 26, 2021
    Appeal not perfected in Supreme Court of Virginia (no petition for appeal filed)

4. Nicholas DeLuca
    v. Commonwealth of Virginia
    Record No. 1151-20-4
    Opinion rendered by Judge Russell
       on October 26, 2021
    Appeal not perfected in Supreme Court of Virginia (no petition for appeal filed)

On January 13, 2022 the Supreme Court issued an opinion in the following case, which had been appealed from this Court

1.  Robert Lee Smallwood
    v. Commonwealth of Virginia
    Record No. 0844-19-4
    Memorandum opinion rendered by Judge Petty on May 12, 2020
    Judgment of Court of Appeals affirmed by opinion rendered on January 13, 2022
    (200803)